IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)      Criminal Action No. 08-143 M<br>JEFFREY DANIELS     )<br>KENNETH KILSON     )<br>)<br>Defendants.  ) | |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendants, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

   \_\_\_\_  Crime of violence (18 U.S.C. § 3156)

   \_\_\_\_  Maximum sentence life imprisonment or death

   _X_   10+ year drug offense

   \_\_\_\_  Felony, with two prior convictions in above categories

   \_\_\_\_  Minor victim; possession or use of firearm, destructive device or other dangerous weapon; or failure to register under 18 U.S.C. § 2250

   _X_   Serious risk defendant will flee

   \_\_\_\_  Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain the defendant(s) because there are no conditions of release which will reasonably assure (**check one or both**):

   _X_   Defendant's appearance as required

   _X_   Safety of any other person and the community

FILED

AUG 18 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3. **Rebuttable Presumption**.  The presumption applies because (**check one or both**):

      _X_ Probable cause to believe defendant(s) committed <u>10+ year drug offense</u> or firearms offense, 18 U.S.C. § 924(c)

      ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**.  The United States requests the court conduct the detention hearing,

      ___ At first appearance

      _X_ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**.  The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

      ___ (a) on release pending trial for a felony;

      ___ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

      ___ (c) on probation or parole for an offense.

  ___ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

  ___ 3. The defendant may flee or pose a danger to any other person or the community.

DATED this __18th__ day of ____August____, 2008.

Respectfully submitted,

COLM F. CONNOLLY  
United States Attorney

BY: _____  
Ilana H. Eisenstein  
Assistant United States Attorney